**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DEBRA ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-cr-00506 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| DEBRA ROBERTS, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Segal, and defendant, Debra Roberts, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for sentencing on Ms. Robert's violation of supervised release, August 3, 2012 at 9:00 a.m., and to continue sentencing to August 31, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that Ms. Radekin is newly appointed in this case (on July 24, 2012) and needs additional time to investigate non-prison sentencing options, other mitigation for use at sentencing, and to prepare for sentencing. The Court is advised that Mr. Segal concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf. The court is further advised that Probation Officer Phillip Mizutani concurs with this continuance and the date requested

for sentencing.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 1, 2012                                BENJAMIN WAGNER
                                                     United States Attorney

                                                By:      /s/ Matthew Segal
                                                     MATTHEW SEGAL
                                                     Assistant United States Attorney


Dated: August 1, 2012                                    /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
                                                     Attorney for Defendant
                                                     DEBRA ROBERTS

## **ORDER**

IT IS HEREBY ORDERED that sentencing hearing currently scheduled for August 3, 2012 at 9:00 a.m. be VACATED and the matter continued to August 31, 2012 at 9:00 a.m. for sentencing on Ms. Roberts' violations of supervised release.

Dated: August 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge