1  **ERIN J. RADEKIN**
   **Attorney at Law -** SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DEBRA ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA ROBERTS,<br><br>Defendant. | **2:06-CR-00506 GEB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING ON SUPERVISED RELEASE VIOLATIONS** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Segal, and defendant, Debra Roberts, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for sentencing on her supervised release violations, October 5, 2012 at 9:00 a.m. and to continue sentencing to October 26, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The defense requests this continuance to permit additional time for investigation into the possibility that Ms. Roberts' can pay for residential treatment as an alternative to prison. The defense has provided information to Mr. Mitzutani concerning Ms. Roberts' residence and has discussed alternatives to incarceration with him such as electronic monitoring, but no agreement has been reached. There is still the possibility that Ms. Roberts' may be able to obtain the funds for residential drug treatment. The Court is advised that Mr. Segal concurs with this request and has authorized Ms.

Radekin to sign this stipulation on his behalf. The court is further advised that Ms. Radekin has notified Mr. Mitzutani of the October 26th date.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 4, 2012                                    BENJAMIN WAGNER
                                                         United States Attorney

                                                         By:    /s/ Matthew Segal
                                                         MATTHEW SEGAL
                                                         Assistant United States Attorney


Dated: October 4, 2012                                          /s/ Erin J. Radekin
                                                         ERIN J. RADEKIN
                                                         Attorney for Defendant
                                                         DEBRA ROBERTS


### **ORDER**

IT IS HEREBY ORDERED that sentencing on Ms. Roberts' supervised release violations currently scheduled for October 5, 2012 at 9:00 a.m. be VACATED and the matter continued to October 26, 2012 at 9:00 a.m. for sentencing.

Dated: October 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge