**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DEBRA ROBERTS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEBRA ROBERTS,<br>Defendant. | **2:06-CR-00506 GEB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING ON SUPERVISED RELEASE VIOLATIONS** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Segal, and defendant, Debra Roberts, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for sentencing on her supervised release violations, October 26, 2012 at 9:00 a.m. and to continue sentencing to November 2, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The defense requests this continuance to allow time to obtain proof that one month of pre-paid residential treatment at New Beginnings will be available for Ms. Roberts. Ms. Radekin has spoken with Ms. Roberts' friend, and he indicated that he has contacted New Beginnings residential drug treatment facility, that they have beds available, and that he is prepared to pay for 30 days of residential treatment for Ms. Roberts. Ms. Radekin advised him that she would need proof from the program stating that 30 days of residential treatment is paid for, that a bed is available for Ms.

Roberts, and on what date the bed will be available. The friend advised that he is currently in the process of obtaining such proof, but that he could not have it before court on October 26, 2012. The Court is advised that Mr. Segal does not oppose the continuance and has authorized Ms. Radekin to sign this stipulation on his behalf. The court is further advised that Ms. Radekin has notified United States Probation Officer Phil Mitzutani of the November 2, 2012 date and he agreed to that date for sentencing.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 25, 2012

BENJAMIN WAGNER
United States Attorney

By: /s/ Matthew Segal
MATTHEW SEGAL
Assistant United States Attorney

Dated: October 25, 2012

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
DEBRA ROBERTS

**ORDER**

IT IS HEREBY ORDERED that sentencing on Ms. Roberts' supervised release violations currently scheduled for October 26, 2012 at 9:00 a.m. be VACATED and the matter continued to November 2, 2012 at 9:00 a.m. for sentencing.

Dated: October 25, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge